UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:21-cv-03054-PSG-AFM                                    Date:  October 6, 2022

Title   Arsen Manson v. The State of California et al

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On October 3, 2022, plaintiff filed a document titled "Third Amended Complaint."  (ECF No. 41.)  Although referred to as Third Amended Complaint, the pleading contains no factual allegations or claims; instead, it appears to be a collection of documents related to plaintiff's recently denied appeal to the Ninth Circuit  and a state court appeal from 2018. Accordingly, no later than **October 21, 2022**, plaintiff shall show cause in writing why the "Third Amended Complaint" should not be dismissed as frivolous and for failing to state a cause of action or allege any claims for relief.

IT IS SO ORDERED.

|   | : |
|---|---|
| **Initials of Preparer** | ib |